Donald E. ZUCCO *v.* STATE of Arkansas

CR 94-46                                    894 S.W.2d 922

Supreme Court of Arkansas
Opinion delivered March 20, 1995

No response.

*Winston Bryant*, Att'y Gen., by: *Clint Miller*, Acting Deputy Att'y Gen., for appellee.

PER CURIAM. The State moves for an order of this court directing Donald E. Zucco to retain counsel forthwith to represent him in his appeal, or, alternatively, to file with this court an Affidavit and Application to proceed *in forma pauperis.* We note where the file of this matter in the Supreme Court Clerk's office reflects that Michael Knollmeyer is an attorney of record. We granted the motion of Ralph John Blagg to be relieved as counsel for appellant Zucco on February 20, 1995, in part because Michael Knollmeyer was also shown as counsel of record. As appellant Zucco still has retained counsel of record, we deem the State's motion to be moot.